1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
11  SAMUEL LOVE,                                 Case No. 2:21-cv-00384-JAM-JDP
12                  Plaintiff,                   **ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES**
13          v.
14  SHRINIKA INVESTMENTS, LLC, a
    California Limited Liability Company,        Complaint Filed: March 2, 2021
15
                    Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

69158663v.1

1    Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and
2 Deadlines, and good cause appearing, the Court ORDERS:

3    1.    All dates, deadlines, and further activity in this case are stayed pending
4 decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154,
5 *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No
6 21-55227 (collectively, "Appeals").

7    2.    The Parties shall submit a joint status report within fourteen (14) days after
8 the opinion in the last of the three cases cited herein is issued, which informs the Court
9 how the parties intend to proceed with this case in light of the rulings in the Appeals.
10 IT IS SO ORDERED.

DATED:  April 8, 2021           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE

1

69158663v.1